UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ZEUANTRAY VERNER BARRY, ) | |
| ARTWON L. ROBINSON, ) | |
| TROY PIERRE MCDONALD, ) | |
| KEITH WESLEY, JR., ) | |
| JAMAL JESUS JUAN SWAIN, ) | |
| JAMES LEE ECHOLS, II, ) | |
| RALPH MCNEAL, ) | Case No. 4:08CR405 CDP |
| ANDRENOS LAMAR POWELL, ) | |
| SHAWN LAMONT WHITE, ) | |
| MELVIN DARNELL CURTIS, ) | |
| LARRY DARNELL SHELTON, JR., ) | |
| BAMBOYE A. BOWEN, ) | |
| VIRGIL PRUITT, ) | |
| CEDRIC ARNOLD RIGGINS, JR., ) | |
| BRANDON EWING, ) | |
| KOVAR DEMOND MOORE and ) | |
| BRIAN ADOLPHUS CHASE, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is set for jury trial on February 17, 2009. Defendant Keith Wesley has filed a motion for continuance. Another defendant recently asked that his scheduled change of plea date be vacated because the government had filed a criminal information charging him with prior convictions. Additionally, the

Assistant United States Attorney has informed the court that counsel for defendant Zeuantray Verner Barry has a medical problem and needs a continuance as well.

There are seventeen defendants in this case. The government has produced thousands of pages of documents in discovery, including recordings from several Title III telephone interceptions. I find, pursuant to 18 U.S.C. §3161(h)(8), that the ends of justice served by a short continuance of the trial outweigh the best interest of the public and the defendants in a speedy trial. I will therefore continue the trial to **March 30, 2009**, and I find that this elapsed time is excludable time under the Speedy Trial Act. Given the complexity of the case, it is unreasonable to expect counsel to have adequate time for effective preparation for trial within the time limits imposed by the Act, even taking into account counsel's exercise of due diligence. Accordingly,

**IT IS HEREBY ORDERED** that defendant Keith Wesley, Jr.'s motion to continue [#344] is granted and the jury trial in this matter as to all defendants is reset to **Monday, March 30, 2009 at 8:30 a.m.** in Courtroom 14-South.

                                                CATHERINE D. PERRY
                                              UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2009.